169 A.3d 983

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TRAVIS DANIELS, DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005486–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 983

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. R.U., DEFENDANT–PETITIONER, AND T.E., DEFENDANT. IN THE MATTER OF L.E., A MINOR—RESPONDENT.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003778–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.